**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:13-cv-00075 DW |
| | ) | |
| v. | ) | |
| | ) | |
| PYRAMID TRADING, INC., d/b/a THE LEATHER COLLECTION, | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Andrew J. Kabat, of the law firm of Senniger Powers LLP, and hereby enters his appearance on behalf of Defendant Pyramid Trading, Inc.


Dated: February 19, 2013         Respectfully submitted,

                                 SENNIGER POWERS LLP

                                 By:  /s/ Andrew J. Kabat
                                    Andrew J. Kabat, #64947MO
                                    100 North Broadway
                                    17th Floor
                                    St. Louis, MO 63102
                                    Tel: (314) 345-7000
                                    Fax: (314) 345-7600
                                    Email: akabat@senniger.com

                                    *Attorneys for Defendant
                                    Pyramid Trading, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of February, 2013, the foregoing was electronically filed with the Clerk of court via the ECF/CM system and will be served upon all counsel of record by operation of the Court's ECF/CM system by means of a Notice of Electronic Filing.

                                                      /s/ Andrew J. Kabat