IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COACH INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 13-00075-CV-W-DW |
| | ) |
| PYRAMID TRADING, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiffs and against Defendant in the total amount of $250,000.00 in accordance with the Order (Doc. 35) entered June 16, 2014.

 June 16, 2014                     Ann Thompson
Dated                              Clerk of Court

 June 16, 2014                     /s/ Alex Francis
Entered                             (by) Deputy Clerk